The Rubber and Celluloid Harness Trimming Company, appellee,

*v.*

The Rubber-Bound Brush Company et al., appellants.

[Submitted March 24th, 1913. Decided May 9th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 419.*

*Messrs. Pitney, Hardin & Skinner,* for the appellee.

*Messrs. King & Vogt,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, TERHUNE—13.

*For reversal*—None.